**IN THE UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ZHONGZHANG HUANG, | Case No. 5:26-cv-01373-RAO |
|         Petitioner, | |
|    v. | **JUDGMENT** |
| FERETI SEMAIA, *et al.*, | |
|         Respondents. | |

Pursuant to the Court's Order Granting Petition for Writ of Habeas Corpus,

IT IS HEREBY ORDERED AND ADJUDGED that the Petition for Writ of Habeas Corpus is granted and Judgment is entered in favor of Petitioner.

IT IS SO ORDERED.

DATED: May 11, 2026

                                         /s/
                           ROZELLA A. OLIVER
                           UNITED STATES MAGISTRATE JUDGE